IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFIA LAWAL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>HEAVYWEIGHT COLLECTIONS, INC.,<br><br>Defendant. | Civil Case Number: 1:22-cv-05840-PAE-RWL |

## [PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 30, 2023 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:22-cv-05840-PAE-RWL**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 30 day of March 2023.**

_____
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE